**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

MARIAM QASIM,

      **Plaintiff,**

v.                                **Civil Action No. 3:25-cv-659-KDB-DCK**

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; and
GENERAL MOTORS FINANCIAL COMPANY, INC.

      **Defendants.**

## CONSENT MOTION TO DISMISS
## WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Mariam Qasim ("Plaintiff"), by counsel and with the consent of Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial, incorrectly identified in the Complaint as General Motors Financial Company, Inc. ("GM Financial"), by counsel, hereby moves that GM Financial be voluntarily dismissed *with prejudice* from this action.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the parties condition dismissal of this case on the Court reserving jurisdiction to enforce the terms of the parties' Settlement Agreement. Accordingly, the parties request that the Court, in granting this motion, expressly retain jurisdiction for that purpose.

A proposed order accompanies this consent motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing all claims against GM Financial in the above-referenced matter with prejudice, while retaining

jurisdiction to enforce the terms of the parties' Settlement Agreement. Each party shall bear its own costs and fees.

Respectfully submitted,

**MARIAM QASIM**

By: */s/ Mark C. Leffler*
Leonard A. Bennett, Esq.
Drew D. Sarrett, Esq.
Mark C. Leffler, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – _Facsimile
Email: lenbennett@clalegal.com
Email: drew@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*

**GENERAL MOTORS FINANCIAL COMPANY, INC.**

By: */s/ Ryli W. Leader*
Ryli W. Leader
Burr & Forman LLP
101 South Tryon Street
Suite 2610
Charlotte, NC 28280
205-458-5394
Fax: 704-347-4467
Email: rleader@burr.com
*Counsel for AmeriCredit Financial Services, Inc.*
*d/b/a GM Financial*