**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00659-KDB-DCK**

| | |
|---|---|
| **MARIAM QASIM,** | |
| **Plaintiff,** | |
| **v.** | **MEMORANDUM AND ORDER** |
| **EQUIFAX INFORMATION SERVICES, LLC, ET AL.,** | |
| **Defendants.** | |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Dismiss with Prejudice ("Consent Motion," Doc. No. 54). Plaintiff seeks to voluntarily dismiss Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial") from this action with prejudice, as all matters in controversy between these parties have been resolved. GM Financial consents to the requested relief.

**NOW THEREFORE IT IS ORDERED THAT:**

Having considered Plaintiff's Motion and for good cause shown, Plaintiff's Consent Motion (Doc. No. 54) is hereby GRANTED, all claims and causes of action asserted by Plaintiff against GM Financial are DISMISSED WITH PREJUDICE, and GM Financial is hereby TERMINATED as a party to this action.

Pursuant to Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994), the parties condition dismissal of this case on the Court reserving jurisdiction to enforce the terms of the parties' Settlement Agreement. Accordingly, the Court expressly retains jurisdiction for that purpose.

1

**SO ORDERED ADJUDGED AND DECREED**.


Signed: June 18, 2026

Kenneth D. Bell
United States District Judge